## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Freedom Network USA**
*Plaintiff*

vs.  Case No.: 1:25-cv-12419

**Presidential Donald J. Trump, et al.**
*Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons and Complaint for Declaratory Relief with Exhibits

SERVE TO: U.S. Department of Justice, Office for Victims of Crime

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to U.S. Department of Justice, Office for Victims of Crime, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 11/17/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3479 92. Service was signed for on 11/19/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 12/04/2025

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 099401.0005130*
*Job #:14606836*



November 19, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3479 92**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | November 19, 2025, 4:43 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE FOR VICTIMS OF CRIME |
| **Actual Recipient Name:** | K JERNIGAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Recipient Signature

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office for Victims of Crime
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Cost of Service: $29.45
Reference #: 14606836