# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Freedom Network, USA
                        Plaintiff,

v.                                             Case No.: 1:25−cv−12419
                                              Honorable Matthew F. Kennelly

Donald J Trump, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 23, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and motion hearings held on 1/23/2025. Defendant's motion to modify [66] is granted. Plaintiff's amended complaint is due 2/6/2026. The current motion by the plaintiff for preliminary injunction [64] is terminated as moot based on the anticipated filing of an amended complaint. Any new motion for preliminary injunction is to be filed by 2/20/2026. The response to motion for preliminary injunction is due 3/6/2026; the reply is due 3/20/2026. The telephonic status hearing set for 2/5/2026 is vacated and reset to 3/16/2026 at 8:45 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.