UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREEDOM NETWORK USA,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, OFFICE FOR VICTIMS OF CRIME, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE PAMELA BONDI,<br><br>    Defendants. | Case No. 1:25-cv-12419<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF ANUJ VOHRA

I, Anuj Vohra, hereby declare upon penalty of perjury that the following statements are true and correct to the best of my knowledge and belief.

1. I am a Partner with the law firm Crowell & Moring LLP and represent the Plaintiff in this matter, Freedom Network USA ("Freedom Network").

2. I submit this declaration in support of Plaintiff's Motion for Temporary Restraining Order.

3. Shortly after filing its First Amended Complaint, one of my co-counsel representing Freedom Network contacted counsel for Defendants to discuss the deadlines for grantees to apply for funding through seven new Notice of Funding Opportunities ("NOFOs") released by the Department of Justice's Office for Victims of Crime ("OVC") on December 30,

1

2025, and the impact the New Funding Conditions (as defined in Plaintiff's Amended Motion for Preliminary Injunction, ECF No. 70) would have on the application process.

4. According to their terms, four of the NOFOs set a deadline of February 24, 2026 to submit an SF-424, and a deadline of March 3, 2026 to submit a full application. *See* https://ovc.ojp.gov/funding/current-funding-opportunities (last visited February 23, 2026).

5. On February 17, 2026, one of my colleagues emailed Defendants' counsel a proposed stipulation under the terms of which OVC would agree not to cancel, delay or take any adverse action against applications with respect to the New Funding Conditions, and would take steps to notify prospective applicants of that fact.

6. On February 18, 2026, I spoke with Defendant's counsel via telephone, in which he informed me OVC could not agree to the proposed stipulation. In response, I requested OVC agree to delay all application deadlines, including the February 24, 2026 SF-424 submission deadline, until the Court ruled on Plaintiff's motion for preliminary injunction.

7. On February 20, 2026, on another phone call, Defendants' counsel stated that OVC would not agree to extend any application submission deadlines. I then re-raised the possibility of a joint stipulation ensuring the New Funding Conditions would not inform any aspect of OVC's consideration of applications in response to the NOFOs, while reiterating the harm the adverse impact the New Funding Conditions would have on the ability of any potential applicant to respond to the NOFOs.

8. The parties continued discussions on that possibility until just after 3:00 PM Eastern Time today, February 23, 2026, at which point Defendants' counsel informed me that OVC could not agree to any such stipulation.

Executed this 23rd day of February, 2026 at Washington, D.C.

_____
Anuj Vohra