# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Freedom Network, USA

                        Plaintiff,

v.                                                     Case No.: 1:25−cv−12419
                                                          Honorable Matthew F. Kennelly

Donald J Trump, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person argument heard on plaintiff's motion for a temporary restraining order [71]. The motion is granted. Enter Temporary Restraining Order. The status hearing set for 3/16/2026 is vacated. The case is set for an in−person preliminary injunction hearing on 3/6/2026 at 2:00 PM. The parties should decide if they need to present witness testimony and should advise Judge Kennelly's courtroom deputy clerk by no later than the close of business on 3/4/2026. The deadline for defendants' brief in opposition to plaintiff's motion for preliminary injunction is advanced to 12:00 PM Central Time on 3/5/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.