**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FREEDOM NETWORK USA, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-12419 |
| | Judge: Hon. Matthew F. Kennelly |
| PRESIDENT DONALD J. TRUMP, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, OFFICE FOR VICTIMS OF CRIME, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE PAMELA BONDI, | |
| Defendants. | |

## ORDER ON
## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on the motion by Plaintiff Freedom Network USA ("Freedom Network") for a temporary restraining order. Freedom Network's motion is GRANTED for the following reasons:

1.     Freedom Network has standing to seek emergency relief from the Court to enjoin Defendants from enforcing the New Funding Conditions contained in the NOFOs that are the subject of its First Amended Complaint [ECF No. 69] and its Amended Motion for a Preliminary Injunction [ECF No. 70].

2.     Freedom Network has standing to ask the Court to enjoin the Defendants from requiring applicants seeking funding under the NOFOs to address the New Funding Conditions.

3.     Freedom Network has shown that it is likely to succeed on the merits of its claims challenging the New Funding Conditions.

4.      Freedom Network has shown irreparable harm and that there is no adequate remedy at law.

5.      The balance of equities favors Freedom Network because the public interest is not harmed by preliminarily enjoining enforcement of the New Funding Conditions, which are likely unconstitutional, and because the government can still enforce existing anti-discrimination laws.

Therefore, upon consideration of Freedom Network's motion for a temporary restraining order, its amended motion for preliminary injunction and the parties' briefs and exhibits, it is hereby:

**ORDERED** that the motion for a temporary restraining order is **GRANTED** to the extent stated in this Order; and it is further

**ORDERED** that, the Attorney General; the U.S. Department of Justice; its officers, agents, servants, employees, attorneys; and other persons who are in active concert or participation with any of them (collectively, the "Enjoined Parties") shall not enforce the New Funding Conditions, require applicants for the grants identified in the NOFOs to certify their compliance with the New Funding Conditions, or include the New Funding Conditions in any future NOFOs; and it is further

**ORDERED** that the Department of Justice shall immediately provide notice of this Order by: (a) amending the NOFOs; (b) updating the Office for Victims of Crime's grant website; (c) updating any other material that refers to the NOFOs; and (d) updating any other governmentwide point of entry to which a NOFO applicant might look for information about the NOFOS; and it is further

**ORDERED** that the Department of Justice shall provide a copy of this Order to all agency and bureau heads, and all relevant parties; and it is further

**ORDERED** that the Department of Justice file a status report within 24 hours of the issuance of this order, and every week thereafter while this Order is in effect, confirming compliance with this Order.

This Order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

SO ORDERED this 24th day of February, 2026 at 3:20 PM Central Time.

HON. MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

-3-