**From:** Darke Schmitt, Katherine (OJP/OVC) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **Sent:** Wednesday, February 25, 2026 1:42 PM
    **To:** OJP OVC Federal Staff ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **Cc:** Lifshitz, Mariel (OJP) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Craig, Rhonda (OJP) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Kenser, Nathanial (OJP) ▮▮▮▮▮▮▮▮
    **Subject:** Notice to OVC Staff: Temporary Restraining Order in Freedom Network, USA v. Trump

OVC Colleagues,

*I am sharing the following message from Maureen Henneberg. Emily and I and staff who handle the technical tasks of updating and publishing our NOFOs are acting as directed to ensure OVC is in compliance with this TRO.*

On February 24, 2026, the U.S. District Court for the Northern District of Illinois entered a Temporary Restraining Order in Freedom Network, USA v. Trump, et al., 1:25-cv-12419, relating to certain provisions contained in OVC's Human Trafficking NOFOs--specifically, the provisions in paragraphs 1 and 2 under the heading "Unallowable Uses of Funds" and the certification matter contained in "Civil Rights Compliance" subheading of the NOFOs.

You are receiving this notice pursuant to the court's directive that a copy of the order be provided to all "agency and bureau heads, and all relevant parties." A copy of the TRO is attached.

Please review the attached TRO for details regarding the injunction.

It is important that DOJ employees comply with the terms of the order as any failure to do so may result in a penalty of contempt.

Please contact Rhonda Craig or Nathanial Kenser in OJP OGC if you have any questions.

Thank you, Maureen

Maureen A. Henneberg
Deputy Assistant Attorney General
U.S. Department of Justice|Office of Justice Programs