# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Freedom Network, USA

        Plaintiff,

v.                                                 Case No.: 1:25−cv−12419

                                                      Honorable Matthew F. Kennelly

Donald J Trump, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person preliminary injunction hearing held on 3/11/2026. Oral argument heard on the motion for preliminary injunction [70]. The motion for preliminary injunction is taken under advisement. The Temporary Restraining Order is extended to 3/24/2026 in good cause, given the complexity of the arguments on the motion for preliminary injunction and the continued propriety of the TRO. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.