# EXHIBIT C

*Please be aware that the list of terms or words in conflict with recent Executive Orders vary from agency and may also differ within agencies.  This list is applicable to your work with OVC TTAC only.*

**DOJ, Office of Justice Programs (OJP) Guidance-**
**Terms that cannot appear in any OVC materials (i.e., web pages, training content, presentations, etc.)**

- Accessibility/Accessible
- AFAB
- AMAB
- Binary gender
- Cis
- Cis (Cisgender)
- Cisgender
- Critical Race Theory
- Culture
- Culturally competent (culturally-competent)
- DEI
- DEIA
- Discrimination/Discriminate/discriminatory
- Disparity
- Diversity/Diverse
- Equity/Equitable
- Ethnic/Ethnicity
- Fair/fairness
- Gender
- Gender Ideology
- Gender norms
- Gender responsive (gender-responsive)
- Gender-affirming care
- Gender dysphoria
- Gender expression
- Gender identity
- Gender nonconforming
- Gender nonconformity
- Gender queer
- Genderfluid
- Holistic/holistically
- Identity
- Inclusion/inclusive
- Integrate/integration
- Intersex
- LGBT
- LGBTQ
- LGBTQI
- LGBTQ+
- Minority populations
- Nonbinary
- Pronouns
- Race/racial
- Sexual orientation
- Toxic/toxicity
- Trans
- Transgender
- Transman
- Transpeople
- Transperson
- Transwoman

*January 31, 2025*