# EXHIBIT E

**Attention – Temporary Restraining Order on FY 25 Office for Victims of Crime ("OVC") Human Trafficking Notice of Funding Opportunities ("NOFOs"):** The U.S. District Court for the Northern District of Illinois has entered a Temporary Restraining Order, relating to certain provisions contained in this NOFO—specifically, the provisions in paragraphs 1 and 2 under the heading "Unallowable Uses of Funds" and the certification matter described under the "Civil Rights Compliance" subheading of the NOFOs. The Department of Justice will comply with this order unless and until the same is lifted.

OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY25 Housing Assistance for Victims of Human Trafficking

Total Amount To Be Awarded Under This Funding Opportunity: $16,800,000

Anticipated Award Ceiling: Up to $1,200,000

Anticipated Period of Performance Duration: 36 months

Funding Opportunity Number: O-OVC-2025-172519

Deadline to submit SF-424 in Grants.gov: **February 24, 2026, by 11:59 p.m. Eastern Time**

Deadline to submit application in JustGrants: **March 3, 2026, by 8:59 p.m. Eastern Time**



# CONTENTS

Basic Information................................................................................ 3

Eligibility ........................................................................................... 7

Program Description .......................................................................... 9

Application Contents, Submission Requirements, and Deadlines ............. 14

Application Review ............................................................................. 26

Award Notices ................................................................................... 28

Post-Award Requirements and Administration ............................................ 29

Other Information............................................................................... 31

Application Checklist ......................................................................... 32

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 5 of 39 PageID #:2253

Basic Information | Eligibility | Program Description | Contacts and Deadlines | Application Review | Federal Notices | Post-Award Requirements | Other Information | Application Checklist



# BASIC INFORMATION

The [U.S. Department of Justice](#) (DOJ), [Office of Justice Programs](#) (OJP), [Office for Victims of Crime](#) (OVC) is accepting applications for funding in response to this notice of funding opportunity (NOFO).

| Agency Name | U.S. Department of Justice<br>Office of Justice Programs<br>Office for Victims of Crime |
|---|---|
| NOFO Title | OVC FY 25 Housing Assistance for Victims of Human Trafficking |
| Announcement Type | Initial |
| Funding Opportunity Number | O-OVC-2025-172519 |
| Assistance Listing Number | 16.320 |

## Executive Summary

This NOFO will provide funding for housing and support services to victims of human trafficking. The primary focus of this program is to provide rapid rehousing (i.e., transitional housing and supportive services that assist human trafficking victims in moving as quickly as possible into permanent housing and achieving stability). Projects under this program must be used for one or more of the following purposes: (1) transitional housing, including funding for the operating expenses of a newly developed or existing transitional housing program; and (2) short-term housing assistance, including rental or utilities payment assistance and assistance with related expenses, such as payment of security deposits and other costs incidental to relocation to transitional housing.

Please see the [Eligible Applicants](#) section for the eligibility criteria.

OJP is committed to advancing work that furthers DOJ's mission to uphold the rule of law, to keep our country safe, and to protect civil rights. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

## Key Dates and Times

| Funding Opportunity Release Date | December 30, 2025 |
|---|---|
| SAM.gov Registration/Renewal | Recommend beginning process immediately, and no later than February 9, 2026. |
| Step 1: Grants.gov Application Deadline | 11:59 p.m. Eastern Time on February 24, 2026 |
| Step 2: JustGrants Application Deadline | 8:59 p.m. Eastern Time on March 3, 2026 |

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 6 of 39 PageID #:2254

## Funding Details

**Total Amount To Be Awarded Under This Funding Opportunity: $16,800,000**

**Anticipated Number of Awards:** 17

**Anticipated Award Ceiling:** Up to $1,200,000
*Note: Applicants may propose a budget that is less than the anticipated award ceiling amount. The budget should be reasonable to conduct the proposed project and be within the applicant's capacity to manage.*

**Anticipated Period of Performance Start Date:** July 1, 2026

**Anticipated Period of Performance Duration:** 36 months

## Availability of Funds

This funding opportunity, and awards under this funding opportunity, are subject to the availability of funding and any changes or additional requirements that may be imposed by the agency or by law. In addition, nothing in this NOFO is intended to, nor does it, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States or its departments, agencies, entities, officers, employees, agents, or any other person.

## Statutory Authority

22 U.S.C. § 7105(b)(2)

Basic
Information

Eligibility

Program
Description

Contacts and
Deadlines

Application
Review

Federal
Notices

Post-Award
Requirements

Other
Information

Application
Checklist

## Agency Contact Information

For assistance with the requirements of this funding opportunity:

**OJP Response Center**
Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)
Email: OJP.ResponseCenter@usdoj.gov
Hours of operation: 9:00 a.m. to 5:00 p.m. Eastern Time (ET) Monday–Friday

For assistance with **SAM.gov** (registration/renewal):

**SAM.gov Help Desk**
Web: SAM.gov Help Desk (Federal Service Desk)
Hours of operation: 8:00 a.m. to 8:00 p.m. ET Monday–Friday, except on
federal holidays

For assistance with **Grants.gov** (registration, submission of the Application for Federal Assistance SF-424):

**Grants.gov Customer Support Hotline**
Phone: 800-518-4726, 606-545-5035
Email: support@grants.gov
Web: Grants.gov Customer Support
Hours of operation: 24 hours a day, 7 days a week, except on federal holidays

For assistance with **JustGrants** (registration, submission of full application):

**JustGrants Service Desk**
Phone: 833-872-5175
Email: JustGrants.Support@usdoj.gov
Hours of operation: 7:00 a.m. to 9:00 p.m. ET Monday–Friday and 9:00 a.m. to
5:00 p.m. ET on Saturday, Sunday, and federal holidays.

For procedures related to unforeseen technical issues beyond the control of the applicant that impact submission by the deadlines, see Experiencing Technical Issues Preventing Submission of an Application (Technical Waivers).

## Resources for Applying

**Pre-Application Webinar:** A pre-recorded, on-demand video about this NOFO will be available for applicants on OVC's Funding Webinars page.

**OJP Grant Application Resource Guide:** Referred to as the "Application Resource Guide" throughout the NOFO, this resource provides guidance to help applicants for OJP funding prepare and submit their applications.

**JustGrants Application Submission Training Webpage:** Offers helpful information and resources on the grant application process.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 8 of 39 PageID #:2256

**Note:** If this NOFO requires something different from any guidance provided in the Application Resource Guide, the difference will be noted in this NOFO and the applicant should follow the guidance in this NOFO.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 8 of 39 PageID #:2256

Basic
Information | Eligibility | Program
Description | Contents and
Deadlines | Application
Review | Federal
Notices | Post-Award
Requirements | Other
Information | Application
Checklist

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 9 of 39 PageID #:2257



# ELIGIBILITY

## Eligible Applicants

The types of entities that are eligible to apply for this funding opportunity are listed below:

- **Government Entities**
    - State governments
    - County governments
    - City or township governments
    - Native American Tribal governments (federally recognized)
    - Native American Tribal governments (other than federally recognized)
- **Educational Organizations**
    - Public and state-controlled institutions of higher education
- **Public Housing Organizations**
    - Public housing authorities
    - Indian housing authorities
- **Nonprofit Organizations**
    - Nonprofits having a 501(c)(3) status with the Internal Revenue Service (IRS), other than institutions of higher education
- **Other**
    - Other units of local government

**State Government Entities:** For the purposes of this NOFO, "state" means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands.

**"Other" Entities Definition:**

- **Other Units of Local Government:** For the purposes of this notice of funding opportunity, other units of local government include towns, boroughs, parishes, villages, or other general purpose political subdivisions of a state.

## Additional Applicant Eligibility Factors

Nonprofit organizations that hold money in offshore accounts for the purpose of avoiding paying the tax described in 26 U.S.C. § 511(a) are not eligible to apply.

## Limit on Number of Applications

An applicant may submit more than one application if each application proposes a different project in response to the NOFO and/or to serve a different geographic area. Also, an entity may be proposed as a subrecipient in more than one application.

Applications under which two or more entities (project partners) would carry out the federal award will be considered. However, only one entity may be the applicant for the NOFO; any others must be proposed as subrecipients. See the Application Resource Guide for additional information on subawards.

Basic
Information

Eligibility

Program
Description

Contact and
Deadlines

Content and
Application
Review

Award
Notices

Post Award
Requirements

Other
Information

Application
Checklist

## Cost Sharing/Match Requirement

This NOFO requires cost sharing/match.

Please see Program Description: Cost Sharing/Match Requirement for details on the match calculation and what types of contributions are acceptable.



# PROGRAM DESCRIPTION

## General Purpose of the Funding

This NOFO will fund organizations to provide housing and associated support services to victims of human trafficking as defined by 22 U.S.C. § 7102(11).

The primary focus of this program is to provide rapid rehousing (i.e., transitional housing and supportive services that assist human trafficking victims in moving as quickly as possible into permanent housing and achieving stability). Under this program, housing assistance must be offered to individuals for a minimum of 6 months, not to exceed 24 months.

Under this program, transitional housing refers to both transitional housing assistance and short-term housing assistance, which are defined as follows:

- Transitional housing assistance is temporary housing offered for at least 6 months and no more than 24 months that helps victims transition into permanent housing. Transitional housing is not an extended shelter stay.
- Short-term housing assistance is rental assistance and/or other financial assistance (e.g. security deposits, utility assistance, relocation costs, etc.) offered for at least 6 months and no more than 24 months that helps victims transition into permanent housing. Short-term housing assistance is not emergency shelter, rental assistance offered for less than 6 months, or financial assistance for victims not provided with housing.

Projects under this program must be used for one or more of the following purposes:

1. Transitional housing, including funding for the operating expenses of a newly developed or existing transitional housing program.
2. Short-term housing assistance, including rental or utilities payment assistance and assistance with related expenses, such as payment of security deposits and other costs incidental to relocation to transitional housing.

In addition to providing transitional housing, projects must also include support services designed to enable victims of human trafficking and any dependents to—

1. locate and secure permanent housing;
2. secure employment, including obtaining employment counseling, occupational training, job retention counseling, and counseling concerning re-entry into the workforce; and
3. integrate into a community by providing victims and dependents with services, such as transportation, counseling, childcare services, case management, and other assistance. Participation in the support services shall be voluntary.

The **majority of funds must be allocated for housing services**; however, applicants are also expected to dedicate project funds to other services that will assist victims and eligible family members in securing permanent housing. Examples of supportive services include, but are not limited to, case management, behavioral health, employment, and education services. Applicants should also address how they will be prepared to serve survivors of all types of human trafficking, including both sex trafficking and labor trafficking. See Appendix A for the types of services OVC funds.

- Provision of supportive services is limited to individuals receiving housing assistance under this NOFO and their eligible family members.

- For some victims and in some housing markets, the short-term use of emergency shelter or crisis housing may be required to facilitate access to long-term sustainable housing. If the applicant proposes a project involving some level of emergency shelter or crisis housing, the applicant must work with victims to identify longer term housing as soon as it is safe and feasible for the victim (while also providing necessary case management and support services).

- While a portion of funds allocated may be used for emergency shelter or crisis housing, applications focused primarily on those services are out of scope for this NOFO and may be excluded from peer review consideration. See Appendix B for definitions and background on housing services.

Applicants should refer to Application Contents, Submission Requirements, and Deadlines: Budget Detail Form for information on allowable and unallowable costs that may inform the development of their project design.

### Input From Survivors of Human Trafficking
OVC encourages applicants to propose and implement ongoing engagement with survivors of human trafficking to inform programming.

### Program Requirements
Applicants that receive funding under this program will be required to—

1. comply with 22 U.S.C. § 7115, requiring award recipients under this program to have or implement privacy and confidentiality policies and procedures that conform with the requirements of 34 U.S.C. § 12291(b)(2). Section 12291(b)(2) specifies the confidentiality and privacy condition applicable to awards under the Violence Against Women Act of 1994, commonly referred to as the "VAWA Confidentiality Provision." For the purposes of this OVC program, the phrase "under this subchapter" in the VAWA Confidentiality Provision shall be understood as referring to "this OVC program." Applicants that do not already have policies and procedures that comply with the VAWA Confidentiality Provision may propose to use award funds to develop these.
2. ensure that any staff, partner staff, or service providers working with trafficking victims are licensed and trained to work with such victims.
3. ensure that the project coordinator/program director and other relevant staff participate in any grantee orientations.
4. offer referrals to support services for trafficking victims who secure permanent housing. Support services for clients who transition into permanent houses are limited to advocacy, support groups, case management, and minimal financial assistance.

### Information on Managing Human Trafficking Awards
For more information on implementation of OVC Human Trafficking awards, please consult the OVC Human Trafficking Program FAQs.

## Agency Funding Priorities

In order to advance public safety and help meet its mission, OJP will provide priority consideration to applicants that propose (as applicable within the scope of this funding opportunity) projects designed to advance the goals listed below. Applicants seeking priority consideration should specify in the proposal narrative (and in the budget detail form, if applicable) which of the following goal(s) the project would advance and how:

(a) Directly supporting law enforcement operations (including immigration law enforcement operations);

(b) Combatting violent crime;

(c) Supporting services to American citizens;

(d) Protection of American children; and

(e) Support of American victims of trafficking and sexual assault.

**Note:** Addressing these priority areas is one of many factors that OJP considers in making funding decisions. Receiving priority consideration for one or more priority areas does not guarantee a funding award.

## Unallowable Uses of Funds

The following are certain unallowable costs and certain activities that are out of the program scope and will not be funded.

1. Out of program scope is any program or activity, at any tier that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents.

2. Out of program scope is any program or activity, at any tier that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that – (1) indirectly violate the law, including by promoting or facilitating violations; or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.

3. As specified in the DOJ Grants Financial Guide, in Chapter 3.13 "Unallowable Costs" ("Legal Services for Aliens"), any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes any award made under this notice, but the foregoing shall not be understood to apply— (1) to legal services to obtain protection orders for victims of crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

## Program Goals and Objectives

**Goal: To increase the quality and availability of housing and other services to support victims of human trafficking (as defined in 22 U.S.C. § 7102(11)) by funding national, state, and local victim service organizations.**

> **Objective 1:** Increase the number and type of housing models, services, and programs available to serve various types of human trafficking victims.
>
> **Objective 2:** Expand the types of services provided.
>
> **Objective 3:** Engage with local partners and key stakeholders to increase awareness about human trafficking and secure safe, stable housing for human trafficking survivors.
>
> **Objective 4:** Develop housing protocols and procedures to address sex and labor trafficking.
>
> **Objective 5:** Improve outcomes for victims of human trafficking by providing support services.

## How Awards Will Contribute to Program Goals/Objectives

Award recipients will deliver and expand housing interventions and related supportive services for victims of human trafficking; provide victims of human trafficking with trauma-informed, victim-centered supportive services or referrals for other essential services; collaborate with and train local partners to improve their knowledge and ability to identify and appropriately respond to human trafficking victims; and work with federal, state, and local entities to develop collaborative models to meet the housing needs of victims of human trafficking.

## Expected Outcomes: Deliverables and Performance Measures

To achieve the goals and objectives of this funding opportunity, OJP has identified expected deliverables that must be produced by a recipient. OJP has also identified performance measures (pieces of data) that will indicate how a recipient is achieving the performance goals and objectives previously identified. Recipients will need to collect and report this performance measure data to OJP.

OJP will measure success by reviewing a recipient's submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO.

### Deliverables

Recipients under this NOFO do not need to submit any deliverables other than the standard [Post-Award Requirements and Administration](#).

### Performance Measures

OJP will require each award recipient to submit regular performance reports that communicate progress toward achieving the goals and objectives identified in [Program Goals and Objectives](#). Applicants can visit [OJP's performance measurement page](#) at ojp.gov/performance for more information on performance measurement activities.

A list of performance measure questions for this program can be found at [https://ovc.ojp.gov/human-trafficking/victim-service-provider-questionnaire.pdf](https://ovc.ojp.gov/human-trafficking/victim-service-provider-questionnaire.pdf). Use the [Human

[Trafficking Performance Measures Map](#) for examples of how previous awards have been mapped to performance measures within the questionnaire.

## Funding Instrument

OJP expects to make awards under this funding opportunity as grants. See the "[Administrative, National Policy, and Other Legal Requirements](#)" section of the [Application Resource Guide](#) for a brief discussion of important statutes, regulations, and award conditions.

## Cost Sharing/Match Requirements

This funding opportunity requires cost sharing or match from the award recipient. "Match" means the portion of project costs not paid by federal funds or contributions (*e.g.*, staff time not charged to the federal share of the budget, supplies provided by the recipient). Items provided as part of the match must support the fulfillment of proposed activities, be allowable costs under this funding opportunity, and have documentation of their value. The match may not be used for, and may not consist of, costs that are unallowable for this funding opportunity. See [Application Contents, Submission Requirements, and Deadlines: Budget Detail Form](#) for more details on this funding opportunity's unallowable costs.

Recipients must satisfy this match requirement with cash and/or in-kind contributions. "In-kind" contributions may be in the form of services, supplies, real property (*e.g.*, office space), and/or equipment.

### Explanation of the Calculation

This NOFO requires a 25-percent match based on the total project costs. Federal funds awarded under this NOFO may not cover more than 75 percent of the total costs of the project being funded. The applicant must cover at least 25 percent of the total project costs.

If an award recipient's proposed match is more than the required match amount and OJP approves the proposed budget, then that total match amount becomes part of the project budget, which is subject to audit.

### How To Calculate Match

| Formula | | | | | | |
|---------|---|---|---|---|---|---|
| Step 1 | Award Amount | ÷ | % of Federal Share | = | Total (Adjusted) Project Cost | |
| Step 2 | Total (Adjusted) Project Cost | x | % of Recipient Share | = | Required Match | |
| Example | | | | | | |
| Match Requirement: 75/25 (Federal Share/Recipient Share) Federal Award Amount: $150,000 | | | | | | |
| Step 1 | $150,000 | ÷ | 75% Federal Share | = | $200,000 | |
| Step 2 | $200,000 | x | 25% Recipient Share | = | $50,000 | |

See the [Application Resource Guide](#) for additional information on this match requirement and step-by-step instructions for entering match amounts in the budget.

Basic Information | Eligibility | Program Description | Contents and Deadlines | Application Review | Federal Award Notices | Post-Award Requirements | Other Information | Application Checklist

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 16 of 39 PageID #:2264

# APPLICATION CONTENTS, SUBMISSION REQUIREMENTS, AND DEADLINES

This NOFO contains all the information needed to apply for this funding opportunity. The application for this funding opportunity is submitted through web-based forms and attachments in Grants.gov and JustGrants through the steps that follow.

## Unique Entity Identifier (UEI) and SAM.gov Registration

To submit an application, an applicant must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. Applicants will enter their UEI with their application. Award recipients must then maintain an active UEI for the duration of their award's period of performance.

**First-time Registration:** Entities registering in SAM.gov for the first time will submit information about their entity type and structure, financial information (such as dates of the fiscal year, banking information, and executive compensation), entity points of contact, and other information. The information is reviewed and verified by SAM.gov, and then a UEI is issued. This process may take several weeks, so entities considering applying for funding should begin the registration process as soon as possible.

**Renewing an Existing Registration:** Entities must renew their SAM.gov registration every 12 months to keep it active. If an entity does not renew their SAM.gov registration, it will expire. An expired registration can delay or prevent the submission of an application for funding in Grants.gov and JustGrants.

Applicants are encouraged to start the SAM.gov registration or renewal process **at least 30 days prior to the application's Grants.gov deadline.** Applicants who fail to begin the registration or renewal process at least 10 business days prior to the Grants.gov deadline may not be able to complete the process in time and will not be considered for a technical waiver that allows for late submission.

## Submission Instructions: Summary

Applications must be submitted to DOJ electronically through a two-step process that begins in Grants.gov and is completed in JustGrants. See Basic Information: Key Dates and Times for the Grants.gov and JustGrants application deadlines.

- **Step 1:** The applicant must submit the required Application for Federal Assistance SF-424 by the Grants.gov deadline.
- **Step 2:** The applicant must submit the full application, including attachments, through JustGrants by the deadline (see JusticeGrants.usdoj.gov).

## Submission Step 1: Grants.gov Submission of SF-424
### Access/Registration
If the applicant does not already have a Grants.gov account, they will need to register for this opportunity in Grants.gov. Applicants should follow the Grants.gov Quick Start Guide for Applicants to register, create a workspace, assign roles, submit an application, and troubleshoot issues.

## Submission of the SF-424

Applicants will begin the application process in Grants.gov with the submission of the SF-424, which collects the applicant's name, address, and UEI; the funding opportunity number; and proposed project title, among other information. The SF-424 must be signed by the Grants.gov Authorized Organizational Representative for the applicant.

See the Application Resource Guide for additional information on completing the SF-424.

**Section 8F – Applicant Point of Contact:** Please include the name and contact information of the individual **who will complete the application in JustGrants.** JustGrants will use this information (*i.e.*, email address) to assign the application to this user in JustGrants.

**Section 19 – Intergovernmental Review:** This funding opportunity is not subject to Executive Order (E.O.) 12372 (Intergovernmental Review). Applicants should answer section 19 by selecting, "Program is not covered by E.O. 12372."

**An applicant should submit the SF-424 as early as possible and recommended not later than 48 hours before the Grants.gov deadline.** If an applicant fails to submit the SF-424 in Grants.gov by the deadline, they will be unable to submit their application in JustGrants.

Once the first part of the application has been successfully submitted in Grants.gov, the Grants.gov Workspace status will change from "In Progress" to "Submitted." Applicants will also receive a series of four Grants.gov email notifications. Refer to the DOJ Application Submission Checklist for additional details.

If an applicant needs to update information in the SF-424 after it is submitted in Grants.gov, they can update the information as part of their JustGrants submission (see Application Contents, Submission Requirements, and Deadlines: Standard Applicant Information). They do not need to submit an update in Grants.gov.

## Submission Step 2: JustGrants Submission of Full Application
### Access/Registration

For first-time JustGrants applicants, once the application is received from Grants.gov, DOJ will send an email (from DIAMD-NoReply@usdoj.gov) to the email address listed in Section 8F of the SF-424 with instructions on how to create a JustGrants account. This email should arrive within 24 hours after confirmation from Grants.gov of the SF-424 submission.

Creating and setting up a JustGrants account consists of three steps:
1. Follow the instructions in the email to first confirm who will be the Entity Administrator (the person who manages which staff can access JustGrants on behalf of the applicant).
2. Log in to JustGrants and confirm the information in the Entity Profile.
3. Invite other individuals who will serve as the Application Submitter and the Authorized Representative for the applicant to register for JustGrants.

These steps should be completed in JustGrants as early as possible and recommended not later than 48 hours before the JustGrants deadline. Once registered in JustGrants, the Application Submitter will receive a link in an email to complete the rest of the application in JustGrants. Applicants can find additional information on JustGrants registration in the DOJ Grant Application Submission Checklist.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 18 of 39 PageID #:2266

Basic Information | Eligibility | Program Description | Content and Deadlines | Application Review | Federal Award Notices | Post-Award Requirements | Other Information | Application Checklist

## Preparing for Submission

Some of the required sections of the application will be entered directly into JustGrants, and other sections will require documents to be uploaded and attached. Therefore, applicants should allow enough time before the JustGrants deadline to prepare, enter, and upload all the requirements of the application.

Applicants may save their application in the system and add to or change the application as needed prior to hitting the "Submit" button at the end of the application in JustGrants. After the application deadline, no changes or additions can be made to the application. **OJP recommends that applicants submit the complete application package in JustGrants <u>at least 48 hours</u> prior to the JustGrants deadline.**

For additional information, including file name and type requirements, see the "How To Apply" section in the Application Resource Guide.

## Standard Applicant Information

The Standard Applicant Information section of the JustGrants application is pre-populated with the SF-424 data submitted in Grants.gov. The applicant will need to review the Standard Applicant Information in JustGrants and can make whatever edits are needed. Within this section, the applicant will need to add ZIP codes for areas affected by the project; confirm their Authorized Representative; and confirm the organization's unique entity identifier, legal name, and address.

## Proposal Abstract

A proposal abstract (no more than 2,000 characters) summarizing the proposed project must be completed in the JustGrants web-based form. The text from abstracts will be made publicly available on the OJP.gov and USASpending.gov websites if the project is awarded, so this section of the application should not contain any personally identifiable information (*e.g.,* the name of the project director).

The abstract should be in paragraph form without bullets or tables and written in the third person (*e.g.*, they, the community, their, themselves, rather than I or we). The abstract should include the following information:

- The name of the applicant's proposed project.
- The purpose of the proposed project (*i.e.*, what the project will do and why it is necessary).
- Where the project will take place (*i.e.*, the service area, if applicable).
- Who will be served by the project (*i.e.*, who will be helped or have their needs addressed by the project).
- What activities will be carried out to complete the project.
- The subrecipient(s)/partner organizations or entities, if known.
- Deliverables and expected outcomes (*i.e.*, what the project will achieve).

See the Application Resource Guide for an example of a proposal abstract.

## Data Requested With Application

**Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)**

The Financial Management and System of Internal Controls Questionnaire helps OJP assess what financial management and internal control systems the applicant has in place, whether these systems would be sufficient to maintain a funding award, and the associated potential risks of an applicant as part of the pre-award risk assessment process. Every OJP applicant (other than an individual applying in their personal capacity, not representing an applicant organization) is required to complete the web-based form in JustGrants. See the Application Resource Guide: Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status) for additional guidance on how to complete the questionnaire.

## Agency Funding Priorities Inventory

Applicants seeking priority consideration under the Agency Funding Priorities section should answer the inventory questions in their entirety in the web-based form in JustGrants.

## Proposal Narrative

**Format of the Proposal Narrative:** The Proposal Narrative will be submitted as an attachment in JustGrants. The attached document should be double-spaced, using a standard 12-point size font; have no less than 1-inch margins; have numbered pages; and should not exceed 20 pages. If the Proposal Narrative does not comply with these restrictions, OJP may consider such noncompliance in peer review and in final award decisions. Tables, charts, and graphs included in the Proposal Narrative must be created in a legible font and will count towards the page limit.

**Sections of the Proposal Narrative:** The Proposal Narrative must include the four sections listed below. If the applicant seeks priority consideration, the Proposal Narrative must state which priority goal(s)the applicant's project will advance and describe how (see section, Agency Funding Priorities under Program Description).

**1. Description of the Need:** What critical issue or problem is the applicant proposing to address with this project? Please include:

- A brief explanation of the need, gap, or issue to be addressed by the proposed project.
- Supporting information, data, or evidence to demonstrate the need's existence, size, and impact on the target population and community using multiple sources beyond hotline data. Applicants should cite the sources of this data, which could include local, state, and federal data regarding investigations and prosecutions and data from victim service providers or other local stakeholders.
- How the need relates to the purpose of the NOFO.
- Describe current efforts to address the housing service needs of trafficking survivors in the geographic area. At a minimum, applicants must identify the total number of victims they previously served within the targeted geographic area and the types of victims they have served (sex and labor trafficking victims). Applicants must cite the sources of this data.
- Demonstrate existing and sustained victim services rates/caseloads/expenses that align with the requested level of funding and explain how the proposed project is not duplicative of current efforts to address the housing needs of trafficking survivors in the geographic area.

**2. Project Goals and Objectives:** How will the proposed project address the need identified and address the purpose of the NOFO? Please include:

- Project goals (goals are broad, visionary statements on what the applicant hopes to accomplish).
- Project objectives (objectives are specific outcomes the applicant plans to achieve through project activities).
- How the applicant's goals and objectives relate to the goals and objectives of the NOFO. See How Awards Will Contribute to Program Goals/Objectives for details.
- How the proposed project will enhance the community's response to labor trafficking.

**3. Project Design and Implementation:** How will the applicant implement project activities that meet the goals and objectives? Please include:

- What activities the applicant will conduct to achieve the proposed goals and objectives.
- How the applicant will deliver or complete those activities.
- When the activities will take place.
- Who in the applicant's organization will staff the activities, including key staff.
- Who will participate in and benefit from the activity.
- What deliverables, reports, and other items will be produced as part of the project (if applicable).
- If the applicant plans to use subrecipients or project partners to help conduct the project, please name them (if they are known) or describe how the applicant will identify them. Please describe their role in conducting project activities.
- How housing will be provided, including the type of housing (whether housing is program-owned, program-rented, and/or has a landlord/tenant relationship); the anticipated location; the method for determining client eligibility (e.g., screening, eligibility requirements); housing rules and regulations; and a fee schedule (if applicable).

**4. Capabilities and Competencies:** What administrative and technical capacity and expertise does the applicant bring to successfully complete this project? Please include:

- A short description of the applicant's capacity to deliver the proposed project and meet the requirements of the award, including collecting and reporting the required performance measure data and managing the administrative and financial aspects of the award. Who will be responsible for these tasks, and how will the applicant collect the data? Refer to Program Description: Performance Measures for additional details on performance measures for this funding opportunity.
- A description of projects or activities the applicant organization has conducted, or is currently conducting, that demonstrate the applicant's ability to undertake the proposed project activities.
  - For services that are proposed to be subawarded to project partners, or provided as match by other organizations, the applicant must submit a corresponding Memorandum of Understanding (MOU) or letter of intent (LOI) outlining the work to be conducted (see information below under Memorandum of Understanding (MOU)/Letter of Intent (LOI)).
  - **If an applicant does not have documented experience serving victims of human trafficking**, the application must include a victim service provider as a

required partner in an LOI or MOU and should demonstrate that the victim service provider is significantly involved in the project design and development.

- A summary of relevant experience of team members with key responsibilities for implementing the project, including the capacity and expertise of lead and proposed project partners to respond to all types of human trafficking.

**Project Evaluations:** An applicant that proposes to use award funds to conduct project evaluations must follow the guidance in the "Note on Project Evaluations" section in the Application Resource Guide.

## Budget and Associated Documentation: Budget Detail Form

The applicant will complete the JustGrants budget detail form. The form collects the individual costs under each cost category needed to implement the proposed project. Applicants should ensure that the name/description of each cost is clear and provide the detailed calculation (*e.g.*, cost per unit and number of units) for the total cost. Applicants should enter additional narrative, as needed, to fully describe the cost calculations and connection to the project goals and objectives (including, if applicable, describing connections to OJP priority goals).

Budget proposals should include the funding needed to implement the proposed activities. In preparing their budget proposals, applicants should consider what types of costs are allowable, if awarded funding. Costs are allowable when they are reasonable, allocable to, and necessary for the performance of the project funded under the federal award and when they comply with the funding statute and agency requirements, including the conditions of the award and the cost principles set out in 2 C.F.R. Part 200, Subpart E and the DOJ Grants Financial Guide.

OVC permits applicants proposing to implement victim services programs to allot a portion of their budget for assessment or evaluations activities.

**Funding Restrictions**

The following activities cannot be supported with grant funds.

- Holding Beds: Grantees may not "hold beds" in a housing facility by charging their cost to the grant and keeping them empty until a victim needs the bed when other victims need access to the beds, as this would be considered an unallowable contingency payment (see 2 C.F.R. 200.433 (c)).

- Stipends/Incentives To Participate in Services: Neither cash nor non-cash stipends or incentives may be paid to victims **to encourage their participation** in services. Nominal non-cash stipends (e.g., taxi or ride share vouchers, public transportation tickets or tokens, childcare, or gift cards for meals that are necessary when participants receive services) are allowable.

- Savings Accounts for Victims: Federal funds cannot be invested in savings accounts for victims.

- Financial Support for Private Residence: Grant funds may not be used to keep victims in their privately owned homes or to prevent them from losing such housing.

- Cash Assistance: Grantees may not provide direct cash assistance to victims of human trafficking. Limited and controlled use of gift cards to meet the urgent and short-term needs of victims of human trafficking is allowable.

- Construction or purchase of property.

- Purchase of vehicles.

- Primary Prevention Activities: Per 22 U.S.C. § 7105(b)(2), the purpose of this funding is to support victim service programs; therefore, applicants should not propose primary prevention activities under this program.

- Promotion of Prostitution: Per 22 U.S.C. § 7110(g), the following statutory language applies to all awards under this NOFO:

  o Restriction on programs: No funds made available to carry out this chapter, or any amendment made by this chapter, may be used to promote, support, or advocate the legalization or practice of prostitution. Nothing in the preceding sentence shall be construed to preclude assistance designed to promote the purposes of this Act by ameliorating the suffering of, or health risks to, victims while they are being trafficked or after they are out of the situation that resulted from such victims being trafficked.

  o Restriction on organizations: No funds made available to carry out this chapter, or any amendment made by this chapter, may be used to implement any program that targets victims of severe forms of trafficking in persons described in section 7102(9)(A) of this title through any organization that has not stated in either a grant application, a grant agreement, or both, that it does not promote, support, or advocate the legalization or practice of prostitution. The preceding sentence shall not apply to organizations that provide services to individuals solely after they are no longer engaged in activities that resulted from such victims being trafficked.

    Pursuant to the statute above, OVC requires grantees under this program to agree to the following award condition: *Recipient certifies that it does not promote, support, or advocate the legalization or practice of prostitution, nor will it use grant funds or program match funds to promote, support, or advocate the legalization or practice of prostitution.*

All recipients and subrecipients (including any for-profit organization) must forgo any profit or management fee.

**Costs Associated With a Conference/Meeting/Training:** An applicant that proposes to use award funds for activities related to a conference, meeting, training, or similar event should review the Application Resource Guide for information on prior approval, planning, and reporting costs for a conference/meeting/training.

**Costs Associated With Language Assistance and Access:** If an applicant proposes a program or activity that would deliver services or benefits to individuals, the costs of taking reasonable steps to provide meaningful access to those services or benefits for individuals with

limited English proficiency is allowable under this grant program. Costs to provide reasonable accommodation and facilitate language access for individuals who are deaf or hard of hearing may also be allowable in specific grant programs. See the Application Resource Guide for information on costs associated with language assistance.

For additional information about how to prepare a budget for federal funding, see the Application Resource Guide section on "Budget Preparation and Submission Information" and the technical steps to complete the budget form in JustGrants in the Complete the Application in JustGrants: Budget training.

### Budget and Associated Documentation: Budget/Financial Attachments

**Indirect Cost Rate Agreement (if applicable):** An applicant with a current, federally approved indirect cost rate agreement should upload it as an attachment in JustGrants.

Indirect costs are costs of an organization that are not readily assignable to a particular project but are necessary for the operation of the organization and the performance of the project. Examples of costs usually treated as indirect include those incurred for operation and maintenance of offices or workspaces and salaries of administrative or support staff. The requirements for the development and submission of indirect cost proposals and cost allocation plans are listed in Appendices III–VII of 2 C.F.R. Part 200. A non-federal applicant should follow the guidelines applicable to its type of organization. See the DOJ Grants Financial Guide and the OJP Grant Application Resource Guide for additional information on indirect cost rate agreements.

**Consultant Rate (if applicable):** OJP has established maximum rates for consultants; see the "Listing of Costs Requiring Prior Approval" section of the DOJ Grants Financial Guide for more information. If an applicant proposes a rate for a consultant on their project that is higher than the established maximum rate and receives an award, then the award recipient must submit a document requesting approval for the rate and cannot incur costs at the higher rate without prior OJP approval. The award recipient must provide justification for why the proposed rate is higher than the established maximum rate, such as why the rate is reasonable and consistent with that paid for similar services in the marketplace.

**Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable):** If an applicant proposes to hire employees with federal award funds, for any award of more than $250,000, the recipient may not use federal funds to pay total cash compensation (salary plus cash bonuses) to any employee of the recipient at a rate that exceeds 110 percent of the maximum annual salary payable to a member of the federal government's Senior Executive Service (SES) at an agency with a Certified SES Performance Appraisal System for that year. Applicants may request a waiver from this requirement by submitting the appropriate form. See the Application Resource Guide for information on the "Limitation on Use of Award Funds for Employee Compensation for Awards over $250,000; Waiver."

**Disclosure of Process Related to Executive Compensation (if applicable):** An applicant that is a nonprofit organization may be required to make certain disclosures relating to the processes it uses to determine the compensation of its officers, directors, trustees, and key employees. If applicable, the applicant will upload a description of the process used to

Basic Information | Eligibility | Program Description | Contact and Deadlines | Application Review | Federal Award Notices | Post-Award Requirements | OJP Information | Application Checklist

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 24 of 39 PageID #:2272

determine executive compensation as an attachment in JustGrants. See the Application Resource Guide for information.

## Memorandum of Understanding (MOU)/Letter of Intent (LOI) (if applicable)

For each named partner involved in the project (whether as a subrecipient that will receive federal funds to carry out part of the federal award, or otherwise), applicants should include a signed Memorandum of Understanding (MOU) or a letter of intent (LOI) that confirms the partner's agreement to support the project through commitments of staff time, space, services, or other project needs. These documents demonstrate the commitment of partner organizations to participate in the project. An MOU is a formalized commitment of staff and/or resources that is signed by authorized representatives of both partner organizations. An LOI indicates the organizations' intention to partner, but the details of the commitment have not been fully worked out and officially agreed to.

Each MOU or LOI should include the following:

- Names of the organizations involved in the agreement.
- What service(s) and other work will be performed under the agreement and by what organization.
- Duration of the agreement.

If an applicant does not have documented experience in serving victims of human trafficking, the application must include a LOI or MOU from an anti-trafficking service provider as a required partner that is significantly involved in the project design and development.

MOUs and LOIs should be submitted as one separate attachment to the application.

Unsigned draft MOUs may be submitted with the application, but the applicant should describe in a cover page to the attachment why it is unsigned.

## Additional Application Components

The applicant will attach the additional requested documentation in JustGrants.

- **Tribal Authorizing Resolution (if applicable):** An application in response to this NOFO may require inclusion of Tribal authorizing documentation as an attachment. If applicable, the applicant will upload the Tribal authorizing documentation as an attachment in JustGrants. See the Application Resource Guide for information on Tribal authorizing resolutions.

- **Curriculum Vitae or Resumes:** Provide resumes of key personnel who will work on the proposed project or a description of the experience and skills of key personnel necessary to implement the project.

- **Timeline:** Provide a timeline listing key activities and milestones, and the quarters during which they will take place.

## Disclosures and Assurances

The applicant will address the following disclosures and assurances.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 25 of 39 PageID #:2273

| Basic Information | Eligibility | Program Description | Contact and Application Deadlines | Review | Federal Award Notices | Post Award Requirements | Other Information | Application Checklist |

**Disclosure of Lobbying Activities:** JustGrants will prompt each applicant to indicate if it is required to complete and submit a lobbying disclosure under 31 U.S.C. § 1352.

The applicant is required by law to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) if it has paid or will pay any person to lobby in connection with the award for which it is applying AND this application is for an award in excess of $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law.

Lobbying means (for this requirement) influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress.  See 31 U.S.C. 1352; 28 C.F.R. part 69.  Note: Most applicants do not engage in activities that trigger this disclosure requirement.

An applicant that is not required by law (31 U.S.C. 1352) to complete and submit a lobbying disclosure, should enter "No."  By doing so, the applicant is affirmatively asserting (under applicable penalties) that it has nothing to disclose under 31 U.S.C. § 1352 with regard to the application for the award at issue.

**Disclosure of Duplication in Cost Items:** To ensure funding coordination across grantmaking agencies, and to avoid unnecessary or inappropriate duplication of grant funding, the applicant must disclose if it has any pending applications for federal funding, including pending applications for subawards of federal funds, for the same project and the same budget items included in this proposal. Complete the JustGrants Applicant Disclosure of Duplication in Cost Items form. See the Application Resource Guide for additional information.

**DOJ Certified Standard Assurances:** Review and accept the DOJ Certified Standard Assurances in JustGrants. See the Application Resource Guide for additional information.

**DOJ Certifications:** Review the DOJ document Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Coordination with Affected Agencies. An applicant must review and sign the certification document in JustGrants. See the Application Resource Guide for more information.

**Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable):** If applicable, submit the DOJ High-Risk Disclosure and Justification as an attachment in JustGrants. A DOJ high-risk recipient is an award recipient that has received a DOJ high-risk designation based on a documented history of unsatisfactory performance, financial instability, management system or other internal control deficiencies, noncompliance with award terms and conditions on prior awards, or that is otherwise not responsible. See the Application Resource Guide for additional information.

## Submission Dates & Times

Refer to Basic Information: Key Dates and Times for the submission dates and times.

Applicants should submit their applications as early as possible and recommended not later than 48 hours before the deadlines. To be considered timely, the full application must be submitted in JustGrants by the JustGrants application deadline. Applicants will use the Certify and Submit feature in JustGrants to confirm that all required application components have been entered, which includes identifying the Authorized Representative for the applicant. Once the

Basic
Information

Eligibility

Program
Description

Content and Form of
Application

Application
Review

Federal Award
Notices

Post-Award
Requirements

Other
Information

Application
Checklist

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 26 of 39 PageID #:2274

application is submitted, the Application Submitter, Authorized Representative, and Entity Administrator receive a confirmation email.

An applicant will receive emails after successfully submitting application components in Grants.gov and JustGrants and should retain all emails and other confirmations received from the SAM.gov, Grants.gov, and JustGrants systems.

## Experiencing Technical Issues Preventing Submission of an Application (Technical Waivers)

If an applicant misses a deadline due to unforeseen technical issues with SAM.gov, Grants.gov, or JustGrants, the applicant may request a waiver to submit an application after the deadline. OJP will only consider requests to submit an application via alternative methods or after the deadline when the applicant can document that there is a technical issue with a government system that was beyond their control and that prevents submission of the application via the standard process prior to the deadlines. Issues resulting from circumstances within the applicant's control, such as failure to begin the SAM.gov, Grants.gov, or JustGrants registration and application process in sufficient time, will not be considered.

Requests and documentation must be sent to the OJP Response Center at OJP.ResponseCenter@usdoj.gov. Applicants should follow these steps if they experience a technical issue:

1. **Contact the relevant help desk to report the issue and receive a tracking number.**

   See Basic Agency Information: Contact Information for the phone numbers, email addresses, and operating hours of the SAM.gov, Grants.gov, and JustGrants help desks. Reports of technical issues to the help desk must occur **before** the application deadline.

   If an applicant calls the help desk and experiences a long wait time, they can also email the help desk to obtain a tracking number. Tracking numbers are generated automatically when an applicant emails the applicable service desk, and for this reason, long call wait times for support do not relieve the applicant of the responsibility of getting a tracking number.

2. **If an applicant has technical issues with SAM.gov or Grants.gov, the applicant must contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov within 24 hours of the Grants.gov deadline to request approval to submit after the deadline. The applicant's request will need to include:**

   - A description of the technical difficulties experienced (provide screenshots if applicable).
   - A timeline of the applicant's submission efforts (*e.g.*, date and time the error occurred, date and time of actions taken to resolve the issue and resubmit, and date and time support representatives responded).
   - An attachment of the complete grant application and all the required documentation and materials (this serves as a "manual" submission of the application).
   - The applicant's unique entity identifier (UEI).
   - Any SAM.gov, Grants.gov, and JustGrants Service Desk tracking/ticket numbers documenting the technical issue.

3. **If an applicant has technical issues with JustGrants that prevent application submission by the deadline, the applicant must contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov within 24 hours of the JustGrants deadline to request approval to submit after the deadline. See step 2 for the list of information the applicant must provide as part of its request.**

As a reminder: the waiver request will not be considered unless it includes documentation of attempts to receive technical assistance to resolve the issue prior to the application deadline. OJP will review each waiver request and the required supporting documentation and notify the applicant whether the request for late submission has been approved or denied. An applicant that does not provide documentation of a technical issue (including all information previously listed), or that does not submit a waiver request within the required time period, will be denied.

For more details on the waiver process, OJP encourages applicants to review the "Experiencing Unforeseen Technical Issues" section in the Application Resource Guide.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 28 of 39 PageID #:2276

| Basic Information | Eligibility | Program Description | Contacts and Deadlines | Application Review | Notices | Post Award Requirements | CFDA Information | Application Checklist |



# APPLICATION REVIEW

## Responsiveness (Basic Minimum Requirements) Review

OJP screens applications to ensure they meet the basic minimum requirements (BMR) prior to conducting the merit review. Following are the basic minimum requirements for this funding opportunity. If OJP determines that an application does not include these elements, it will not proceed to merit review and will not receive any further consideration.

- The application is submitted by an eligible applicant.
- The requested award amount does not exceed the award ceiling.
- The application is responsive to the scope of the NOFO.
- The following application elements are included:
  - SF-424 (Grants.gov)
  - Proposal Narrative (JustGrants)
  - Budget detail form, which includes the budget items, their calculations, and explanation (JustGrants)

Applicants whose application fails to meet the BMR are provided notice (including an appropriate point of contact for questions) within a few weeks after the submission due date.

## Merit Review Criteria

### Peer Review Criteria

Applications that meet the basic minimum requirements will be evaluated for technical merit by peer reviewers based on how the proposed project/program addresses the following criteria:

- **Statement of the Problem/Description of the Issue (15%):** What critical issue or problem the applicant is proposing to address with this project.
- **Project Goals and Objectives (20%):** How the proposed project will address the identified need and the purpose of the funding opportunity.
- **Project Design and Implementation (25%):** The strength of how the applicant will implement activities, including the soundness of the project design and how the activities align to the stated goals and objectives.
- **Capabilities and Competencies (30%):** The applicant's administrative and technical capacity to successfully complete this project. The strength and commitment of identified project partners (in MOUs or LOIs) to provide specific services (if applicable).
- **Budget (10%):** Completeness and cost effectiveness.

### Programmatic and Financial Review Criteria

After the peer review, applications undergo additional programmatic and financial reviews. OJP staff may reach out to applicants during the programmatic or financial review if a submitted form is incomplete or needs to be updated. Note that OJP staff are not authorized to provide information on peer review scores or comment on programmatic, risk, or budget/financial reviews while the merit review is in progress.

In addition to BMR and peer review criteria, other important considerations for OJP include geographic coverage, strategic priorities (including, but not limited to, the priority areas already mentioned, if applicable), available funding, past performance, and the extent to which the

budget detail form accurately explains project costs that are reasonable, necessary, and otherwise allowable under federal law and applicable federal cost principles. If cost sharing/match is not required for this opportunity, applicants will not receive higher consideration by proposing a voluntary match contribution in their budget.

Additionally, OJP will consider unobligated award balances of current anti-trafficking grantees.

## Risk Review

Pursuant to the Part 200 Uniform Requirements, before award decisions are made, OJP also reviews information related to applicant risk. OJP assesses whether an applicant with one or more prior federal awards has a satisfactory record of performance, integrity, and business ethics, including by (among other things) checking whether the applicant is listed in SAM.gov as excluded from receiving a federal award.

Depending on the severity and nature of the risk factors, the risk assessment may result in the removal of an applicant from consideration or selection for award, or it may result in additional post-award conditions and oversight for an awarded applicant.

In addition, if OJP anticipates that an award will exceed $250,000 in federal funds, OJP also must review and consider any information about the applicant that appears in the non-public segment of the integrity and performance system accessible through SAM.gov.

**Important Note on Responsibility/Qualification Data (formerly FAPIIS):** An applicant may review and comment on any information about its organization that currently appears in SAM.gov and was entered by a federal awarding agency. OJP will consider such comments by the applicant, in addition to the other information in SAM.gov, in its assessment of the risk posed by the applicant.

## Selection Process

All final award decisions will be made by the Assistant Attorney General, unless a statute explicitly authorizes award decisions by another official or there is written delegation of authority to another official. This official may consider not only peer review ratings and program office recommendations, but also other factors as indicated in the "Application Review" section to make final award decisions. For additional information on the application review process, see the Application Resource Guide.

# AWARD NOTICES

## Federal Award Notices

For successful applicants, JustGrants will send a system-generated email to the Application Submitter, Authorized Representative, and Entity Administrator with information on accessing their official award package in JustGrants. The award package will include key information (such as funding amount and period of performance) as well as award conditions that must be followed. The Authorized Representative for the entity should accept or decline the award within 45 days of the notification. See the Application Resource Guide for information on award notifications and instructions.

Applicants not selected for an award will receive notification after all award recipients have been notified. OJP also provides unsuccessful applicants with a summary of peer reviewer comments.

## Future Funding Opportunities

OJP may, in certain cases, provide additional funding in future years to awards made under this funding opportunity through continuation awards. When making continuation award decisions, OJP will consider, among other factors, OJP's strategic priorities, a recipient's overall management of the award, and the progress of the work funded under the award.

Applications submitted under this FY 2025 funding opportunity may be funded in future fiscal years, dependent on, among other considerations, the merit of the applications and the availability of appropriations.

Basic
Information | Eligibility | Program
Description | Contents and
Deadlines | Content and
Review | Application
Notices | Federal
Award | Post-Award
Requirements | Agency
Information | Application
Checklist



# POST-AWARD REQUIREMENTS AND ADMINISTRATION

## Reporting

All award recipients under this funding opportunity will be required to submit the following reports and data:

- Quarterly financial reports.
- Semi-annual performance reports.
- Final financial and performance reports.
- If applicable, an annual audit report in accordance with the Part 200 Uniform Requirements or specific award conditions.

See the Application Resource Guide for additional information on specific post-award reporting requirements, including performance measure data and the method for submitting reports in OJP's online systems. Future awards and fund drawdowns may be withheld if reports are delinquent, and in appropriate cases, OJP may require additional reports.

### Performance Measure Reporting

Award recipients are required to submit performance measure data in OVC's Performance Measurement Tool (PMT) and separately submit a semi-annual performance report in JustGrants. Applicants selected for an award will receive further guidance on post-award reporting processes.

## Program- and Award-Specific Award Conditions

OJP includes various conditions on its awards. These may include program-specific conditions, which typically apply to all recipients of a funding opportunity, and award-specific conditions, which are included to address recipient-specific issues (*e.g.*, programmatic or financial risk). Recipients may view all conditions, and actions required to satisfy those conditions, in the award package in JustGrants.

## Administrative, National Policy, and Other Legal Requirements

If selected for funding, in addition to implementing the funded project consistent with the OJP-approved application, the recipient must comply with all award conditions and all applicable requirements of federal statutes and regulations, including the applicable requirements referred to in the assurances and certifications executed in connection with award acceptance. For additional information on these legal requirements, see the "Administrative, National Policy, and Other Legal Requirements" section in the Application Resource Guide.

### Civil Rights Compliance

If a successful applicant accepts funding from OJP—as a recipient of OJP funding—that award recipient must comply with certain federal civil rights laws that prohibit the award recipient from discriminating on the basis of race, color, national origin, sex, religion, or disability in how it delivers its program's services or benefits and in its employment practices. The civil rights laws that may be applicable to the award include, but are not limited to, Title VI of the Civil Rights Act of 1964, the nondiscrimination provisions of the Omnibus Crime Control and Safe Streets Act of 1968, and Section 504 of the Rehabilitation Act of 1973. These and other federal civil rights laws

are discussed in greater detail on OJP's Legal Overview—FY 2025 Awards webpage under the "Civil Rights Requirements" section. Additional resources are available from the OJP Office for Civil Rights.

Compliance with Federal civil rights and nondiscrimination laws is material to the government's decision to make any award and payment under this program, including for purposes of the False Claims Act, and each recipient will be required to certify (in its acceptance of the conditions of the award) that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

See OJP's Partnerships with Faith-Based and Other Neighborhood Organizations webpage for specific information for faith-based organizations applying under this NOFO.

### Financial Management and System of Internal Controls

Award recipients and subrecipients (including recipients or subrecipients that are pass-through entities) must, as described in the Part 200 Uniform Requirements set out at 2 C.F.R. 200.303, comply with standards for financial and program management. See the Application Resource Guide for additional information.

### Information Technology Security Clauses

An application in response to this NOFO may require inclusion of information related to information technology security. See the Application Resource Guide for more information.

### Other Reporting Requirements

Applicants and recipients are required to notify OJP if you know that you or any of your organization's principals for the award transaction are presently excluded or disqualified (*i.e.*, debarred or suspended) or otherwise meet any of the criteria in 2 C.F.R. 180.335. Recipients must comply with requirements in 2 C.F.R. Part 180, as implemented by DOJ in 2 C.F.R. Part 2867, which, among other things, require recipients to check certain information sources and, in some cases, notify the federal awarding agency prior to the agency awarding federal funds via contracts or subawards.

If a recipient's award includes a federal share of more than $500,000 over the period of performance of the award, then the award (per 2 C.F.R. 200.113) will include a condition that may require the recipient to report and maintain certain information (relating to certain criminal, civil, and administrative proceedings) in SAM.gov. See the Reporting Requirements page for more information.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 33 of 39 PageID #:2281



# OTHER INFORMATION

## Information Regarding Potential Evaluation of Programs and Activities

OJP may conduct or support an evaluation of the projects and activities funded under this NOFO. For additional information on what should be included in the application, see the Application Resource Guide section "Information Regarding Potential Evaluation of Programs and Activities."

## Freedom of Information and Privacy Act

See the Application Resource Guide for important information on the Freedom of Information and Privacy Act (5 U.S.C. §§ 552 and 552a).

Applicants are advised not to include any unnecessary personally identifiable information, sensitive law enforcement information, or confidential financial information with the application.

## Provide Feedback to OJP

See the Application Resource Guide for information on how to provide feedback to OJP.

# APPLICATION CHECKLIST

**OVC FY25 Housing Assistance for Victims of Human Trafficking**

This application checklist has been created as an aid in developing an application. For more information, reference the "OJP Application Submission Steps" in the OJP Grant Application Resource Guide and the DOJ Application Submission Checklist.

## SAM.gov Registration/Renewal

- Confirm that your entity's registration in the System for Award Management (SAM.gov) is active through the NOFO period. Submit a new or renewal registration in SAM.gov, if needed (see Application Resource Guide).

## Grants.gov Registration

- Acquire an Authorized Organization Representative (AOR) and a Grants.gov username and password (see Application Resource Guide).
- Acquire AOR confirmation from the E-Business Point of Contact (E-Biz POC) (see Application Resource Guide).

## Grants.gov Opportunity Search

- Search for the funding opportunity in Grants.gov using the opportunity number, assistance listing number, or keyword(s).
- Access the funding opportunity and application package (see Step 7 under "OJP Application Submission Steps" in the Application Resource Guide).
- Sign up for Grants.gov email notifications (optional) (see Application Resource Guide).

## Funding Opportunity Review and Project Planning

- Review all sections of the NOFO.
- Confirm your entity is eligible to receive funding (see Eligibility: Eligible Applicants).
- Confirm your proposed budget is within the allowable limits (see Basic Information: Funding Details), includes only allowable costs (see Application Contents, Submission Requirements, and Deadlines: Budget Detail Form), and includes cost sharing if applicable (see Eligibility: Cost Sharing/Match Requirement).
- Review the performance measures for this funding opportunity and confirm you will be prepared to collect and report on this data (see Program Description: Performance Measures).
- Review the "Legal Overview—FY 2025 Awards" in the OJP Funding Resource Center and confirm you are prepared to follow the requirements.
- Read OJP policy and guidance on conference approval, planning, and reporting under "Listing of Costs Requiring Prior Approval" in the DOJ Grants Financial Guide or see the Application Resource Guide.

## Submission Step 1: Grants.gov

After registering with SAM.gov, submit the SF-424 in Grants.gov.

- Complete and submit the SF-424 by the deadline.
- Confirm Section 8F of the SF-424 lists the name and contact information of the individual **who will complete the application in JustGrants.**

Basic Information | Eligibility | Program Description | Contents and Deadlines | Application Review | Federal Award Notices | Post-Award Requirements | Other Information | Application Checklist

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 35 of 39 PageID #:2283

- Confirm that, within 48 hours of your submission in Grants.gov, you receive four (4) Grants.gov email notifications:
  - A submission receipt
  - A validation receipt
  - A grantor agency retrieval receipt
  - An agency tracking number assignment
- If no Grants.gov receipt and validation email is received, or if error notifications are received, contact the Grants.gov Customer Support Hotline at 800-518-4726, 606-545-5035, or support@grants.gov regarding technical difficulties (see the Application Resource Guide section on "Experiencing Unforeseen Technical Issues").
- Confirm that, within 24 hours after receipt of confirmation emails from Grants.gov, the individual listed in Section 8F of the SF-424 receives an email from JustGrants with login instructions.

## Submission Step 2: JustGrants

- Complete the following information:
  - Entity and User Verification (first-time applicants)
  - Standard Applicant Information
  - Proposal Abstract*
  - Financial Management and System of Internal Controls Questionnaire (see Application Resource Guide)
  - Agency Funding Priorities Inventory
- Upload the Proposal Narrative.*
- Complete the budget detail form.*
- Upload other budget/financial attachments, as applicable.
- Upload additional application components, as applicable.
  - Tribal Authorizing Resolution (if applicable)
  - Curriculum Vitae or Resumes
  - Timeline
- Complete the required disclosures and assurances:
  - Disclosure of Lobbying Activities and submission of SF-LLL, if prompted by the system
  - Disclosure of Duplication in Cost Items
  - DOJ Certified Standard Assurances
  - Applicant Disclosure and Justification – DOJ High-Risk Grantees
- Complete the required DOJ Certification on Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Coordination with Affected Agencies.

*Note: Items designated with an asterisk must be submitted for an application to meet the basic minimum requirements review. If OJP determines that an application does not include the designated items, it will neither proceed to peer review nor receive further consideration.*

## JustGrants Review, Certification, and Application Submission

- Address any validation errors displayed on screen after attempted submission, then return to the "Certify and Submit" screen to submit the application.

- Note the confirmation message at the top of the page. Users will also receive a notification in the "bell" alerts confirming submission.
- If you do not receive an application submission confirmation email or validation from JustGrants, or if you receive an error notification, please contact the JustGrants Service Desk at 833-872-5175 or JustGrants.Support@usdoj.gov. See the Application Resource Guide for additional information.

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 37 of 39 PageID #:2285

## Appendix A: Examples of Generally Statutorily Allowable Uses of Funds

| Type of Service | Service Provision Terms |
|---|---|
| Information and Referral | <ul><li>Information about the criminal justice process</li><li>Information about victims' rights, how to obtain notifications, etc.</li><li>Referral to other victim service programs</li><li>Referral to other services, supports, and resources</li><li>Information about substance use disorder treatment and support</li><li>Referral to substance use disorder treatment and support</li></ul> |
| Personal Advocacy/Accompaniment | <ul><li>Victim advocacy/accompaniment to emergency medical care or forensic exam</li><li>Law enforcement interview advocacy/accompaniment</li><li>Individual advocacy (e.g., assistance in applying for public benefits or other low-cost alternatives)</li><li>Performance of medical or nonmedical forensic exam or interview, or medical evidence collection</li><li>Intervention with employer, creditor, landlord, or academic institution</li><li>Child or dependent care assistance</li><li>Transportation assistance</li><li>Interpreter services</li><li>Family reunification</li></ul> |
| Emotional Support, Safety, and Health Services | <ul><li>Crisis intervention</li><li>Hotline/Crisis line counseling</li><li>On-scene crisis response</li><li>Individual therapy/mental health services</li><li>Dental services</li><li>Support groups</li><li>Other therapy (*e.g.*, traditional or alternative healing)</li><li>Emergency financial assistance</li><li>Provision of emergency medical care</li><li>Provision of long-term, non-therapeutic medical care (with the prior approval of OVC)</li><li>Substance use disorder services</li><li>Protection/Safety planning</li><li>Case management</li></ul> |
| Shelter/Housing Services | <ul><li>Emergency shelter or placement</li><li>Transitional housing</li><li>Relocation assistance</li><li>Rapid rehousing</li><li>Rental assistance</li><li>Host homes</li><li>Other shelter/housing</li></ul> |

| Criminal/Civil Justice System Assistance | ▪ Notification of criminal justice events<br>▪ Victim impact statement assistance<br>▪ Assistance with restitution<br>▪ Civil legal assistance<br>▪ Legal services (but only to the extent allowed under the DOJ Grants Financial Guide, Section 3.13 "Unallowable Costs" ("Legal Services for Aliens"))<br>▪ Law enforcement or prosecution interview advocacy/accompaniment<br>▪ Repatriation<br>▪ Public benefits law<br>▪ Criminal record relief (for a non-violent crime that is a direct result of being a trafficking victim)<br>▪ Victim's rights representation |
| --- | --- |
| Education/Employment/Skill Building | ▪ Education<br>▪ Job/Vocational training<br>▪ Job readiness<br>▪ Skill building (*i.e.*, life skills) |

Case: 1:25-cv-12419 Document #: 103-5 Filed: 05/18/26 Page 39 of 39 PageID #:2287

**Appendix B: Background on Anti-Trafficking Housing Services**

Applicants may propose **housing assistance** related to the following:

- **Transitional housing assistance**, meaning temporary housing offered for at least 6 months and no more than 24 months that helps victims transition into permanent housing. Transitional housing is not an extended shelter stay.

- **Short-term housing assistance**, meaning rental assistance and/or other financial assistance (e.g., utility assistance, relocation costs) offered for at least 6 months and no more than 24 months that helps victims transition into permanent housing.

- **Emergency shelter**, meaning a type of shelter or non-permanent housing in which a victim of human trafficking may be placed for less than 6 months, depending on the immediate need and preference of the victim. Crisis housing can be provided on an emergency, temporary basis, which may include congregate shelter and/or hotel/motel placements as a bridge to other housing.