UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREEDOM NETWORK USA, *et al.*,      ) | |
|             ) | |
|          Plaintiffs,     ) | |
|             ) | No. 25 C 12419 |
|        v.         ) | |
|             ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP,    ) | |
| OFFICE OF MANAGEMENT AND     ) | |
| BUDGET, DIRECTOR OF THE OFFICE   ) | |
| OF MANAGEMENT AND BUDGET      ) | |
| RUSSELL VOUGHT, U.S. DEPARTMENT ) | |
| OF JUSTICE PROGRAMS, OFFICE FOR   ) | |
| VICTIMS OF CRIME, ATTORNEY      ) | |
| GENERAL OF THE U.S. DEPARTMENT   ) | |
| OF JUSTICE TODD BLANCHE,       ) | |
|             ) | |
|         Defendants.     ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENT REGARDING PLAINTIFFS' MOTION TO AMEND PRELIMINARY INJUNCTION**

Defendants, through undersigned counsel, seek leave to file this supplement regarding plaintiffs' motion to amend preliminary injunction, and in support, state as follows:

1. Based upon review of plaintiffs' reply in support of their motion (Dkt. 108) and discussions with plaintiffs' counsel, it appears that plaintiffs' motion regarding the challenged Certification Condition is not in dispute.

2. Among other things, plaintiffs seek to amend the existing preliminary injunction order relating to the three New Funding Conditions (Dkt. 89) by extending the order to all seven 2025 NOFOs authorized under the TVPA. Dkt. 101. Defendants explained in their response that based upon standing requirements, plaintiffs' request to extend the PI Order to NOFOs they did not apply for should be rejected. Dkt. 106, ¶ 5. Defendants maintain this position regarding standing generally but clarify that the court need not resolve this issue regarding the Certification Condition.

3. Unlike the Immigration and Discrimination provisions, the Certification Condition is arguably subject to other provisions in the existing PI Order that enjoin the certification

provision contained in the J21 executive order, 3(b)(iv) of Executive Order 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025). Dkt. 89. Those parts of the PI Order generally prohibit enforcement of certification conditions pursuant to the certification provision in the J21 executive order. *Id.* Based on this, DOJ's Office for Victims of Crime is and has been interpreting these provisions of the PI Order as applicable to all seven 2025 NOFOs authorized under the TVPA and, therefore, is not enforcing the new Certification Condition contained in any of the seven TVPA NOFOs.

4.　　　Accordingly, there is no dispute regarding the Certification Condition as it relates to the seven TVPA NOFOs at issue in plaintiffs' motion to amend the preliminary injunction.

5.　　　Plaintiffs do not oppose this motion for leave to file this supplemental filing.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
　　PATRICK JOHNSON
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-5327

2