**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FREEDOM NETWORK USA, LIFE-SPAN, YOUNG WOMEN'S CHRISTIAN ASSOCIATION KALAMAZOO, AND WORKER JUSTICE CENTER OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD J. TRUMP, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, OFFICE FOR VICTIMS OF CRIME, ACTING ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE TODD BLANCHE, <br><br> Defendants. | Case No. 1:25-cv-12419 <br><br> Judge: Hon. Matthew F. Kennelly |

**AMENDED PRELIMINARY INJUNCTION**

This matter comes before the Court on the motion by Plaintiffs Freedom Network USA (Freedom Network), Life-Span, Young Women's Christian Association Kalamazoo (YWCA Kalamazoo), and Worker Justice Center of New York (WJCNY) for an amended preliminary injunction. The Court GRANTS in part Plaintiffs' motion for the following reasons:

1. Freedom Network has already established that it likely has standing to challenge the termination provision, § 2(b)(i) of Executive Order 14151, 90 Fed. Reg. 8839 (Jan. 20, 2025) (J20 termination provision), and the certification provision, § 3(b)(iv) of Executive Order 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025) (J21 certification provision).

2. Life-Span, YWCA Kalamazoo, and WJCNY have established that they each likely have standing to challenge the inclusion of the certification provision, discrimination

condition, and immigration enforcement condition (New Funding Conditions) in the Fiscal Year 2025 Services for Victims of Human Trafficking Notice of Funding Opportunity (NOFO) issued on December 30, 2025.  YWCA Kalamazoo has established that it likely has standing to challenge the Fiscal Year 2025 Housing Assistance for Victims of Human Trafficking NOFO issued on December 30, 2025.

3.  The claims on which Plaintiffs have established standing are ripe for review.

4.  Freedom Network has shown that it is likely to succeed on the merits of its First Amendment, separation of powers, and Spending Clause claims challenging the J21 certification provision.

5.  Freedom Network has shown that it is likely to succeed on the merits of its separation of powers and Spending Clause claims challenging the J20 termination provision.

6.  Life-Span, YWCA Kalamazoo, and WJCNY have all shown that they are likely to succeed on the merits of their separation of powers, Spending Clause, and APA claims challenging the New Funding Conditions.  Life-Span, YWCA Kalamazoo, and WJCNY have also shown a likelihood of success on their First Amendment challenge to the NOFO certification provision.

7.  Freedom Network has shown that it will likely suffer irreparable harm from enforcement of the J21 certification provision and the J20 termination provision, and Life-Span, YWCA Kalamazoo, and WJCNY have all shown that they are likely to suffer irreparable harm from enforcement of the New Funding Conditions.

8.  The balance of harms and public interest favors Plaintiffs because the public interest is not harmed by preliminarily enjoining the J21 certification provision, the J20 termination provision, and the New Funding Conditions, which are likely unconstitutional and

contrary to law, and because the government can still enforce existing anti-discrimination laws.

Therefore, upon consideration of Plaintiffs' motion for an amended preliminary injunction and the parties' briefs and exhibits, it is hereby:

**ORDERED** that the motion for preliminary injunction is **GRANTED** to the extent stated in this Order; and it is further

**ORDERED** that the Acting Attorney General; the U.S. Department of Justice; its officers, agents, servants, employees, attorneys; the Office of Management and Budget; and other persons who are in active concert or participation with any of them (collectively, the "Enjoined Parties"), shall not pause, freeze, impede, block, cancel, or terminate or change the terms of any grants awarded pursuant to the Trafficking Victims Protection Act ("TVPA") and all subsequent reauthorizations of the TVPA, on the basis of the J20 termination provision, § 2(b)(i)) of Executive Order 14151, 90 Fed. Reg. 8339 (Jan. 20, 2025); and it is further

**ORDERED** that, the Enjoined Parties shall not require any grantee or contractor to make any "certification" or other representation pursuant to the J21 certification provision, § 3(b)(iv) of Executive Order 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025); and it is further

**ORDERED** that the Government shall not initiate any False Claims Act enforcement action against Freedom Network, Life-Span, YWCA Kalamazoo, or WJCNY pursuant to the J21 certification provision, § 3(b)(iv) of Executive Order 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025); and it is further

**ORDERED** that the New Funding Conditions in the Fiscal Year 2025 Services for Victims of Human Trafficking NOFO and the Fiscal Year 2025 Housing Assistance for Victims of Human Trafficking NOFO are stayed and cannot be enforced as part of grant administration or in evaluating grant applications; and it is further

**ORDERED** that the Department of Justice shall provide a copy of this Order to all agency and bureau heads, and all relevant parties; and it is further

**ORDERED** that the Department of Justice file a status report within 24 hours of the issuance of this order (not including holidays and weekends), and every fourteen days thereafter while this Order is in effect, confirming compliance with this Order.

This Order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

SO ORDERED this 2nd day of July, 2026.

_____
HON. MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

-4-