UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREEDOM NETWORK USA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 25 C 12419 |
| | ) | |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) | Judge Kennelly |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RULE 12(b)(1), (6) MOTION
TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants, by their undersigned counsel, hereby move to dismiss plaintiffs' second amended complaint under Federal Rule of Civil Procedure 12(b)(1), (b)(6). A supporting memorandum accompanies this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov

1