**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHICAGO WOMEN IN TRADES,<br><br>Plaintiff,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, DEPARTMENT OF LABOR, ACTING SECRETARY OF LABOR VINCENT MICONE, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, ACTING ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE TODD BLANCHE,<br><br>Defendants. | Case No. 1:25-cv-02005<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |
| FREEDOM NETWORK USA, LIFE-SPAN, YOUNG WOMEN'S CHRISTIAN ASSOCIATION KALAMAZOO, AND WORKER JUSTICE CENTER OF NEW YORK<br><br>Plaintiffs,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, OFFICE FOR VICTIMS OF CRIME, ACTING ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE TODD BLANCHE,<br><br>Defendants. | Case Nos. 1:25-cv-12419<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

**MOTION TO SUBSTITUTE COUNSEL**

COMES NOW Crowell & Moring LLP (the "firm"), counsel for Plaintiffs in both captioned cases, file this Motion to Substitute Counsel, and as grounds in support thereof states as follows:

Crowell & Moring LLP requests the withdrawal of Jason P. Stiehl as attorney of record for this action as he is no longer with the firm and ask leave of court to allow Neil G. Nandi to be permitted to substitute as attorney of record. Below is the contact information for Mr. Nandi:

Neil G. Nandi
Crowell & Moring LLP
300 N. LaSalle Drive
Suite 2500
Chicago, IL 60654
(312)-321-4200
nnandi@crowell.com

WHEREFORE, Crowell & Moring LLP moves for an order allowing Neil G. Nandi to enter his appearance in place of and as substitute for Jason P. Stiehl and allow Mr. Stiehl's withdrawal for Plaintiffs in this matter.

Dated: August 21, 2026

Respectfully Submitted,

/s/ *Neil G. Nandi*
Neil G. Nandi
CROWELL & MORING LLP
300 N. LaSalle Drive , Suite 2500
Chicago, IL 60654
Tel: (312) 321-4200
nnandi@crowell.com

s/ *Sabrina A. Talukder*
Sabrina A. Talukder*
Kathryn J. Youker*
Adria J. Bonillas*
Olivia Sedwick*
Gillian Cassell-Stiga*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org
abonillas@lawyerscommittee.org
osedwick@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org
agandhi@clccrul.org

/s/ *Keith J. Harrison*
Keith J. Harrison*
CROWELL & MORING LLP
600 Fifth Street NW
Washington, DC 20001
Tel: (202) 624-2500
kharrison@crowell.com

/s/ *Warrington Parker*
Warrington Parker*
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

Elizabeth E. Theran*
Adrienne DerVartanian*
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
etheran@nwlc.org
adervartanian@nwlc.org

Lourdes M. Rosado*
Rafaela Uribe*
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 739-7583
lrosado@latinojustice.org
ruribe@latinojustice.org

*Counsel for Chicago Women in Trades*
**Admitted Pro Hac Vice*

/s/ *Neil G. Nandi*
Neil G. Nandi
CROWELL & MORING LLP
300 N. LaSalle Drive
Suite 2500
Chicago, IL 60654
Tel: (312) 321-4200
nandi@crowell.com

/s/ *Warrington Parker*
Warrington Parker*
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

/s/ *Rachel Stevens*
Rachel Stevens*
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 590-5430
rstevens@crowell.com

/s/ *Keith J. Harrison*
Keith J. Harrison*
CROWELL & MORING LLP
600 Fifth Street NW
Washington, DC 20001
Tel: (202) 624-2500
kharrison@crowell.com

/s/ *Sabrina A. Talukder*
Sabrina A. Talukder*
Kathryn J. Youker*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
25 E. Washington St., Ste. 1300
Chicago, IL 60602
Telephone: (312) 630-9744
achablani@clccrul.org
agandhi@clccrul.org

*Counsel for Freedom Network USA*
**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division using the ECF System, which will send notice to all counsel of record in this lawsuit.

*/s/ Neil G. Nandi*