UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREEDOM NETWORK USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 C 12419 |
| v. | ) | |
| | ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND FILING DEADLINE**

Defendants, through undersigned counsel, move to extend the deadline for filing a reply in support of the motion to dismiss by two weeks from, September 9 to September 23, 2026:

1. This matter involves plaintiffs' challenge to the Executive Order 14,173, the Executive Order 14,151, and the related funding conditions involving grants issued under the Trafficking Victims Protection Act of 2000, 8 U.S.C.§ 1591 *et seq*.

2. On July 17, this court issued a briefing schedule for defendants' motion to dismiss as follows: (1) defendants file motion to dismiss by July 24; (2) plaintiffs file opposition to defendants' motion to dismiss by August 26; (3) defendants file reply brief in support of motion to dismiss by September 9. Dkt. 120.

3. Defendants filed motion to dismiss on July 24. Dkt. 124.

4. Plaintiffs filed opposition briefing on August 26. Dkt. 137.

5. On August 25, the Ninth Circuit Court of Appeals issued a decision pertinent to questions at issue in this litigation in *King County v. Turner*, No. 25-3664 (9th Cir., Aug. 25, 2026).

6. Defendants have since sought input from the Appellate Team of the Department of Justice's Civil Division on the position to be taken by the Department of Justice in light of the Ninth Circuit's holding in *King County*.

7. Defendants were informed earlier today that the guidance will not arrive before the September 9, 2026 deadline for the reply brief.

8. In addition, there has been a recent change in counsel litigating this matter on defendants' behalf. New counsel has been working diligently to gain familiarity with all issues involved in this litigation and to address various concerns that have been raised by plaintiffs' counsel over the course of the past two weeks, in addition to preparing the reply brief.

9. In light of these circumstances, defendants seek a two-week extension until September 23, 2026 to file the reply brief.

10. This is defendants' second extension request since the commencement of this litigation and a first extension request involving briefing on a motion to dismiss.

11. Plaintiffs do not oppose this motion.

WHEREFORE, defendants request that the court extend the filing deadline for defendants' reply brief by two weeks from September 9 to September 23, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ John P. Moynihan
JOHN P. MOYNIHAN
JELENA KOLIC
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
(312) 886-2055
john.moynihan@usdoj.gov
jelena.kolic@usdoj.gov