UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREEDOM NETWORK USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 C 12419 |
| v. | ) | |
| | ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**PI COMPLIANCE STATUS REPORT**

Defendants, by their undersigned counsel, as required by the court's July 2, 2026 Amended Preliminary Injunction Order (Dkt. 117), hereby confirm their continued compliance with the PI. As required by this court's order, defendants have notified all officers, agents, and employees of the Department of Justice and its components that administer the grant programs under the Trafficking Victims Protection Act covered by this court's order, as well as relevant officials at the Office of Management and Budget.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: Jelena Kolic
JELENA KOLIC
JOHN PATRICK MOYNIHAN
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-2055
(312) 353-7223
jelena.kolic@usdoj.gov
john.moynihan@usdoj.gov