UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREEDOM NETWORK USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 C 12419 |
| v. | ) | |
| | ) | Judge Kennelly |
| PRESIDENT DONALD J. TRUMP, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**P.I. COMPLIANCE STATUS REPORT**

The matter of defendants' compliance with this court's preliminary injunction order is presently before the court pursuant to plaintiff's motion to amend and extend that order. Dkt. 145. Defendants' response to this motion is due on October 30. Dkt. 150.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: Jelena Kolic
JELENA KOLIC
JOHN PATRICK MOYNIHAN
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-2055
(312) 353-7223
jelena.kolic@usdoj.gov
john.moynihan@usdoj.gov