**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHICAGO WOMEN IN TRADES,<br><br>Plaintiff,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, DEPARTMENT OF LABOR, ACTING SECRETARY OF LABOR VINCENT MICONE, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE TODD BLANCHE,<br><br>Defendants. | Case No. 1:25-cv-02005<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |
| FREEDOM NETWORK USA, LIFE-SPAN, YOUNG WOMEN'S CHRISTIAN ASSOCIATION KALAMAZOO, AND WORKER JUSTICE CENTER OF NEW YORK<br><br>Plaintiffs,<br>v.<br><br>PRESIDENT DONALD J. TRUMP, OFFICE OF MANAGEMENT AND BUDGET, DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET RUSSELL VOUGHT, U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, OFFICE FOR VICTIMS OF CRIME, ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE TODD BLANCHE,<br><br>Defendants. | Case Nos. 1:25-cv-12419<br><br>Judge: Hon. Matthew F. Kennelly<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Per the Court's August 31, 2026 Minute Entry, the parties submit this Joint Status Report in both the above-referenced cases.

The parties note that the Court has scheduled a telephonic status hearing to jointly address *Chicago Women and Trades v. Trump, et al.*, No. 1:25-cv-02005 ("*CWIT*"), and *Freedom Network USA v. Trump, et al.*, No. 1:25-cv-12419, for Thursday, October 29, 2026 at 9:05 a.m. *See Freedom Network*, ECF No. 139; *CWIT*, ECF No. 212.

The parties provide their joint updates on each case below.

### I. *Chicago Women in Trades v. Trump, et al.*

DOL has largely completed production of documents from its four initial custodians; and the parties have been meeting & conferring regarding remaining documents and privilege logs. The parties expect to resolve these issues without the Court's involvement.

Plaintiff is scheduled to take the deposition of former DOGE employees Miles Collins and Bridgets Youngs (the "DOGE witnesses") on October 23, 2026 and October 29, 2026 respectively. The DOGE witnesses have moved this Court for a protective order to limit the use of the videotaped recordings of their deposition; Plaintiff has opposed the motion; Defendants do not oppose the motion. *See* ECF Nos. 216-1; 225; 229. Plaintiff has agreed to keep the videotaped recordings of the DOGE witnesses' depositions confidential while the motion is pending.

The parties continue to discuss production of additional documents pursuant to Plaintiff's requests and depositions. As previously reported, written discovery is currently on track to be completed by December 31, 2026, and fact discovery by April 15, 2027.

## II. *Freedom Network USA, et al. v. Trump, et al.*

### A. Status of Defendants' Motion to Dismiss and Discovery

Defendants' motion to dismiss the Second Amended Complaint is fully briefed (*see* ECF Nos. 122, 137, and 144) and the parties are available should the Court find it helpful to hear argument on the motion. The parties respectfully request, however, that should the Court wish to hear argument, that it be scheduled for a date in November at the Court's convenience.

Plaintiffs intend to serve written discovery by November 6, 2026, and will meet and confer with Defendants regarding entry of a protective order shortly. Defendants expect to serve written discovery by November 6, 2026 as well. As previously reported, written discovery is on track to be completed by December 31, 2026, and fact discovery by April 15, 2027.

### B. Status of Plaintiffs' Motion to Enforce and Amend the Preliminary Injunction

On September 25, 2026, Plaintiffs filed a Motion to Enforce and Amend the Preliminary Injunction (*see* ECF No. 145). Per the Court's October 16, 2026 Minute Order, Defendants' response is due October 30, 2026, and Plaintiffs' reply is due November 13, 2026.

Dated: October 22, 2026

Respectfully Submitted,

/s/ *Neil Nandi*
Neil Nandi
CROWELL & MORING LLP
300 N. LaSalle Drive
Suite 2500
Chicago, IL 60654
Tel: (312) 840-3182
nnandi@crowell.com

/s/ *Keith J. Harrison*
Keith J. Harrison*
CROWELL & MORING LLP
600 Fifth Street NW
Washington, DC 20001
Tel: (202) 624-2500
kharrison@crowell.com

s/ *Sabrina A. Talukder*
Sabrina A. Talukder*
Kathryn J. Youker*

/s/ *Warrington Parker*
Warrington Parker*
CROWELL & MORING LLP

Adria J. Bonillas*
Olivia Sedwick*
Gillian Cassell-Stiga*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org
abonillas@lawyerscommittee.org
osedwick@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org
agandhi@clccrul.org

3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

Elizabeth E. Theran*
Adrienne DerVartanian*
National Women's Law Center
1350 I Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 588-5180
Fax: (202) 588-5185
etheran@nwlc.org
adervartanian@nwlc.org

Lourdes M. Rosado*
Rafaela Uribe*
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 739-7583
lrosado@latinojustice.org
ruribe@latinojustice.org

*Counsel for Chicago Women in Trades*
**Admitted Pro Hac Vice*

/s/ *Neil Nandi*
Neil Nandi
CROWELL & MORING LLP
300 N. LaSalle Drive
Suite 2500
Chicago, IL 60654
Tel: (312) 840-3182
nnandi@crowell.com

/s/ *Warrington Parker*
Warrington Parker*
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800
wparker@crowell.com

/s/ *Keith J. Harrison*
Keith J. Harrison*
CROWELL & MORING LLP
600 Fifth Street NW
Washington, DC 20001
Tel: (202) 624-2500
kharrison@crowell.com

s/ *Sabrina A. Talukder*
Sabrina A. Talukder*
Kathryn J. Youker*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600

Facsimile: (202) 783-0857
stalukder@lawyerscommittee.org
kyouker@lawyerscommittee.org

/s/ *Rachel Stevens*
Rachel Stevens*
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 590-5430
rstevens@crowell.com

Aneel L. Chablani (No. 6242658)
Ami D. Gandhi (No. 6282924)
Chicago Lawyers' Committee for Civil Rights
100 N. LaSalle St., Ste. 600
Chicago, IL 60602
Telephone: (312) 630-9744
Facsimile: (312) 630-1127
achablani@clccrul.org
agandhi@clccrul.org

*Counsel for Plaintiffs*
**Admitted Pro Hac Vice*

ANDREW S. BOUTROS
United States Attorney

By: s/ John P. Moynihan
JOHN P. MOYNIHAN
JELENA KOLIC
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7223
(312) 886-2055
john.moynihan@usdoj.gov
jelena.kolic@usdoj.gov

*Counsel for Defendants*